UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF04006 (rev 08/2013)

In re:

**James Eugene Hollifield**,
SSN: xxx–xx–9752     EIN: NA
   1877 W Belmont Dr
   Terre Haute, IN 47802

**Tiffany Lee Hollifield**,
SSN: xxx–xx–4443     EIN: NA
   1877 W Belmont Dr
   Terre Haute, IN 47802
      Debtor(s).

Case No. **11–81697–FJO–7**

## NOTICE OF NO DISCHARGE FOR ONE JOINT DEBTOR

NOTICE IS GIVEN that this case was closed on January 6, 2014, without a discharge. James Eugene Hollifield did not receive a discharge due to the debtor's failure to complete a course in personal financial management pursuant to Fed.R.Bankr.P. 1007(b)(7).

To receive a discharge, a course in personal financial management must be completed, and a Certification of Financial Management Course (Form B23) must be filed with the Court. For joint cases, a separate certification for each debtor must be filed.

Furthermore, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $260.00 but is subject to change. The latest fees can be found at http://www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

Dated:  January 6, 2014                               Kevin P. Dempsey
                                                                  Clerk, U.S. Bankruptcy Court